Decided September 27, 2002

## WEBSTER BANK *v.* JOANNA V. ZAK ET AL.

The petition by the defendant MFR of East Hampton, LLC, for certification for appeal from the Appellate Court, 71 Conn. App. 550 (AC 20906), is denied.

SULLIVAN, C. J., and ZARELLA, J., did not participate in the consideration or decision of this petition.

*Kerry M. Wisser* and *Nathan M. Schatz*, in support of the petition.

*Jeffrey T. Beatty*, in opposition.

Decided September 27, 2002